■ In the Matter of STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Respondent, v CHRISTINE HARDINA, Appellant. [639 NYS2d 374]

Prior to the demand for arbitration, respondent failed to

advise petitioner of the offer to settle the underlying action and to seek petitioner's consent to settle. Respondent also has not shown that petitioner's right of subrogation would be preserved under the settlement agreement. Therefore, she has not satisfied the conditions precedent to arbitration (*cf., Matter of Prudential Prop. & Cas. Ins. Co. [King]*, 198 AD2d 421) and, accordingly, the petition to stay arbitration was properly granted. Concur—Milonas, J. P., Ellerin, Wallach, Rubin and Mazzarelli, JJ.